UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN RE:                                    )    CASE NO: 06-40593-659
                                          )
PATRICK MICHAEL HARTUNG                   )
                                          )    CHAPTER 13
                                          )
                                          )
             DEBTOR(S)                    )

LIST OF UNCLAIMED FUNDS AND ENTITIES
WHICH ARE ENTITLED TO PAYMENT

COMES NOW JOHN V. LABARGE, JR., CHAPTER 13 TRUSTEE, AND PROVIDES LIST FOR FILING PURSUANT TO BANKRUPTCY RULE 3011. THE FOLLOWING IS A LIST OF ALL KNOWN NAMES AND ADDRESSES OF THE ENTITIES AND THE AMOUNTS WHICH THEY ARE ENTITLED TO BE PAID FROM REMAINING PROPERTY OF THE ESTATE THAT IS PAID HEREWITH INTO COURT PURSUANT TO 11 U.S.C. SECTION 347(A):

NCO/VERIZON WS
PO BOX 41567                              $              .04
C/O NCO FINANCIAL SYSTEMS
PHILADELPHIA PA
573207              19101


                                  /s/ John V. LaBarge, Jr.
                                  -----------------------------------
DATE: May 31, 2011                JOHN V. LABARGE, JR.,
                                  CHAPTER 13 TRUSTEE
                                  P.O. Box 430908
                                  St. Louis, MO 63143
BG -091                           (314) 781-8100   trust33@ch13stl.com